**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 21−00825−hb

Name of Debtor(s): Evelyn K Harris

Adversary/Complaint Number: 21−80036−hb

**Evelyn K Harris**

Plaintiffs(s)

v.

**TitleMax**

Defendants(s)

**STATUS HEARING**

| Filed By The Court |
|---|
| **8/27/21**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

TO: PLAINTIFF(S) AND DEFENDANT(S) NAMED ABOVE:

**PLEASE TAKE NOTICE** of a status hearing to be held at:

**Telephone**

on **September 21, 2021** at **10:30 AM**

Status Hearing scheduled relating to: Order to Complete Adversary Proceeding Report. Document Served. (related document(s)5) Status hearing to be held on 9/21/2021 at 10:30 AM by Telephone. The case judge is Helen E. Burris. (Richardson, R)

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By: R Richardson, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436