# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **21-00825-hb**
Adversary Proceeding Number: **21-80036-hb**

## ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**12/27/2021**



Entered: 12/27/2021

Chief US Bankruptcy Judge
District of South Carolina

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re, <br><br> Evelyn K Harris, <br><br> Debtor(s). | C/A No. 21-00825-HB <br><br> Adv. Pro. No. 21-80036-HB <br><br> Chapter 13 <br><br> **ORDER** |
| Evelyn K Harris, <br><br> Plaintiff(s), <br><br> v. <br><br> TitleMax, <br><br> Defendant(s). | |

**TAKE NOTICE THAT** a pretrial hearing in the above captioned adversary proceeding shall be held before the assigned judge **February 10, 2022 at 10:30 a.m.** at the Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306-2355.  The parties shall prepare and file no later than **4:00 p.m. on January 18, 2022** a Joint Pretrial Order, approved by counsel in writing, that sets forth the requirements provided in the Order entered September 24, 2021.[1]  The trial time and date may be set at the pre-trial hearing or may take place immediately following the pre-trial hearing.

The documents related to this proceeding are on record in the Clerk's Office for inspection by any party in interest. Any response to a motion or application, which motion or application has been filed and set for a hearing at this time, must be filed with the Clerk of Court in accordance with applicable Federal or Local Rules.

**AND IT IS SO ORDERED.**

---

[1] ECF No. 23.