**IMPORTANT NOTICE REGARDING BANKRUPTCY CASES**

**U.S. BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

**SPARTANBURG AND GREENVILLE DIVISIONS ONLY**

You are receiving this notice because you or your attorney are listed as a party or participant in one or more cases originally filed in the Spartanburg Division for the United States Bankruptcy Court for the District of South Carolina. A list of affected case numbers is attached.

Effective March 1, 2022, the Spartanburg division will relocate to Greenville, South Carolina. In preparing for this move, a limited number of cases were erroneously duplicated electronically, such that for approximately 24-48 hours two cases with the same case number may have existed, one designated as a Spartanburg division case and one as a Greenville division case. This error has been remedied, leaving only one case in the appropriate division. During the remedial process staff for the Court compared the duplicated case dockets to ensure that the correct, remaining docket contains all filings made during the period of error. Notwithstanding these efforts, if you filed any document with the Court in the Spartanburg or Greenville division(s) between February 2, 2022, and the receipt of this notice, you may wish to review the case to verify that your filing is reflected on the case docket or in the associated claim's register. Clerk's Office employees are available to assist you if you have questions or need further information. You can reach the Clerk's Office at 803-765-5436. We apologize for any inconvenience this may have caused.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16-01146-hb | 16-05300-hb | 17-00238-hb | 17-01799-hb | 17-02849-hb | 17-04118-hb | 17-05205-hb |
| 16-01428-hb | 16-05337-hb | 17-00284-hb | 17-01848-hb | 17-02875-hb | 17-04171-hb | 17-05237-hb |
| 16-01808-hb | 16-05368-hb | 17-00353-hb | 17-01866-hb | 17-02903-hb | 17-04179-hb | 17-05299-hb |
| 16-01865-hb | 16-05375-hb | 17-00385-hb | 17-01912-hb | 17-02922-hb | 17-04200-hb | 17-05306-hb |
| 16-02036-hb | 16-05388-hb | 17-00400-hb | 17-01954-hb | 17-02928-hb | 17-04233-hb | 17-05333-hb |
| 16-02334-hb | 16-05406-hb | 17-00436-hb | 17-01960-hb | 17-02964-hb | 17-04294-hb | 17-05334-hb |
| 16-02451-hb | 16-05412-hb | 17-00506-hb | 17-01963-hb | 17-02986-hb | 17-04307-hb | 17-05365-hb |
| 16-02468-hb | 16-05433-hb | 17-00507-hb | 17-01969-hb | 17-02997-hb | 17-04308-hb | 17-05401-hb |
| 16-02571-hb | 16-05522-hb | 17-00508-hb | 17-01975-hb | 17-03053-hb | 17-04337-hb | 17-05432-hb |
| 16-02633-hb | 16-05588-hb | 17-00532-hb | 17-01977-hb | 17-03064-hb | 17-04347-hb | 17-05498-hb |
| 16-02739-hb | 16-05612-hb | 17-00630-hb | 17-01989-hb | 17-03068-hb | 17-04349-hb | 17-05503-hb |
| 16-02744-hb | 16-05720-hb | 17-00642-hb | 17-01997-hb | 17-03099-hb | 17-04353-hb | 17-05504-hb |
| 16-03429-hb | 16-05721-hb | 17-00719-hb | 17-01998-hb | 17-03109-hb | 17-04359-hb | 17-05509-hb |
| 16-03531-hb | 16-05734-hb | 17-00728-hb | 17-02029-hb | 17-03116-hb | 17-04370-hb | 17-05520-hb |
| 16-03737-hb | 16-05739-hb | 17-00733-hb | 17-02049-hb | 17-03118-hb | 17-04462-hb | 17-05548-hb |
| 16-03778-hb | 16-05742-hb | 17-00774-hb | 17-02050-hb | 17-03226-hb | 17-04496-hb | 17-05551-hb |
| 16-03838-hb | 16-05747-hb | 17-00778-hb | 17-02067-hb | 17-03244-hb | 17-04524-hb | 17-05620-hb |
| 16-03983-hb | 16-05782-hb | 17-00783-hb | 17-02068-hb | 17-03260-hb | 17-04542-hb | 17-05649-hb |
| 16-03988-hb | 16-05785-hb | 17-00789-hb | 17-02082-hb | 17-03341-hb | 17-04549-hb | 17-05674-hb |
| 16-04092-hb | 16-05807-hb | 17-00864-hb | 17-02116-hb | 17-03345-hb | 17-04568-hb | 17-05681-hb |
| 16-04169-hb | 16-05836-hb | 17-00867-hb | 17-02118-hb | 17-03363-hb | 17-04569-hb | 17-05687-hb |
| 16-04215-hb | 16-05837-hb | 17-00868-hb | 17-02146-hb | 17-03364-hb | 17-04584-hb | 17-05697-hb |
| 16-04261-hb | 16-05848-hb | 17-00870-hb | 17-02150-hb | 17-03462-hb | 17-04593-hb | 17-05714-hb |
| 16-04273-hb | 16-05990-hb | 17-00876-hb | 17-02155-hb | 17-03483-hb | 17-04665-hb | 17-05718-hb |
| 16-04291-hb | 16-06003-hb | 17-00886-hb | 17-02183-hb | 17-03488-hb | 17-04684-hb | 17-05723-hb |
| 16-04537-hb | 16-06092-hb | 17-00888-hb | 17-02270-hb | 17-03493-hb | 17-04700-hb | 17-05749-hb |
| 16-04573-hb | 16-06118-hb | 17-00902-hb | 17-02378-hb | 17-03494-hb | 17-04707-hb | 17-05754-hb |
| 16-04597-hb | 16-06147-hb | 17-00923-hb | 17-02388-hb | 17-03592-hb | 17-04708-hb | 17-05759-hb |
| 16-04632-hb | 16-06149-hb | 17-00936-hb | 17-02395-hb | 17-03605-hb | 17-04712-hb | 17-05785-hb |
| 16-04643-hb | 16-06223-hb | 17-01033-hb | 17-02403-hb | 17-03677-hb | 17-04718-hb | 17-05824-hb |
| 16-04678-hb | 16-06228-hb | 17-01060-hb | 17-02406-hb | 17-03678-hb | 17-04723-hb | 17-05825-hb |
| 16-04690-hb | 16-06232-hb | 17-01116-hb | 17-02410-hb | 17-03717-hb | 17-04743-hb | 17-05842-hb |
| 16-04714-hb | 16-06249-hb | 17-01261-hb | 17-02412-hb | 17-03723-hb | 17-04769-hb | 17-05869-hb |
| 16-04830-hb | 16-06268-hb | 17-01319-hb | 17-02424-hb | 17-03727-hb | 17-04787-hb | 17-05871-hb |
| 16-04858-hb | 16-06326-hb | 17-01334-hb | 17-02441-hb | 17-03772-hb | 17-04794-hb | 17-05877-hb |
| 16-04861-hb | 16-06342-hb | 17-01336-hb | 17-02482-hb | 17-03779-hb | 17-04798-hb | 17-05882-hb |
| 16-04881-hb | 16-06381-hb | 17-01408-hb | 17-02516-hb | 17-03781-hb | 17-04802-hb | 17-05890-hb |
| 16-04909-hb | 16-06418-hb | 17-01470-hb | 17-02526-hb | 17-03827-hb | 17-04824-hb | 17-05896-hb |
| 16-04931-hb | 16-06434-hb | 17-01519-hb | 17-02537-hb | 17-03851-hb | 17-04867-hb | 17-05897-hb |
| 16-04989-hb | 16-06461-hb | 17-01525-hb | 17-02571-hb | 17-03864-hb | 17-04881-hb | 17-05927-hb |
| 16-05000-hb | 16-06474-hb | 17-01564-hb | 17-02594-hb | 17-03869-hb | 17-04917-hb | 17-05940-hb |
| 16-05037-hb | 16-06477-hb | 17-01568-hb | 17-02632-hb | 17-03895-hb | 17-04985-hb | 17-05963-hb |
| 16-05101-hb | 16-06514-hb | 17-01581-hb | 17-02633-hb | 17-03921-hb | 17-04989-hb | 19-04994-hb |
| 16-05117-hb | 16-06531-hb | 17-01588-hb | 17-02647-hb | 17-03923-hb | 17-04997-hb | 19-06130-hb |
| 16-05126-hb | 17-00096-hb | 17-01595-hb | 17-02648-hb | 17-03938-hb | 17-05004-hb | 19-06167-hb |
| 16-05157-hb | 17-00099-hb | 17-01688-hb | 17-02666-hb | 17-03939-hb | 17-05037-hb | 19-06205-hb |
| 16-05158-hb | 17-00108-hb | 17-01729-hb | 17-02706-hb | 17-03965-hb | 17-05085-hb | 19-06299-hb |
| 16-05174-hb | 17-00141-hb | 17-01752-hb | 17-02710-hb | 17-04022-hb | 17-05114-hb | 19-06412-hb |
| 16-05187-hb | 17-00175-hb | 17-01760-hb | 17-02800-hb | 17-04091-hb | 17-05151-hb | 20-00122-hb |
| 16-05253-hb | 17-00180-hb | 17-01793-hb | 17-02816-hb | 17-04099-hb | 17-05195-hb | 20-00314-hb |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20-00442-hb | 20-02293-hb | 20-03054-hb | 20-03739-hb | 20-04502-hb | 21-00556-hb | 21-01302-hb |
| 20-00597-hb | 20-02320-hb | 20-03058-hb | 20-03767-hb | 20-04548-hb | 21-00571-hb | 21-01303-hb |
| 20-00629-hb | 20-02324-hb | 20-03080-hb | 20-03777-hb | 20-04549-hb | 21-00586-hb | 21-01304-hb |
| 20-01528-hb | 20-02328-hb | 20-03081-hb | 20-03779-hb | 20-04559-hb | 21-00593-hb | 21-01329-hb |
| 20-01531-hb | 20-02342-hb | 20-03086-hb | 20-03839-hb | 20-04561-hb | 21-00618-hb | 21-01330-hb |
| 20-01541-hb | 20-02347-hb | 20-03100-hb | 20-03842-hb | 20-04590-hb | 21-00680-hb | 21-01332-hb |
| 20-01543-hb | 20-02498-hb | 20-03106-hb | 20-03853-hb | 20-04603-hb | 21-00702-hb | 21-01339-hb |
| 20-01602-hb | 20-02499-hb | 20-03116-hb | 20-03879-hb | 20-04610-hb | 21-00705-hb | 21-01343-hb |
| 20-01613-hb | 20-02500-hb | 20-03117-hb | 20-03890-hb | 20-04614-hb | 21-00708-hb | 21-01360-hb |
| 20-01614-hb | 20-02501-hb | 20-03120-hb | 20-03903-hb | 20-04647-hb | 21-00714-hb | 21-01364-hb |
| 20-01644-hb | 20-02509-hb | 20-03124-hb | 20-03945-hb | 20-04651-hb | 21-00729-hb | 21-01373-hb |
| 20-01652-hb | 20-02527-hb | 20-03132-hb | 20-03949-hb | 20-04654-hb | 21-00733-hb | 21-01376-hb |
| 20-01667-hb | 20-02543-hb | 20-03170-hb | 20-03983-hb | 20-04656-hb | 21-00746-hb | 21-01407-hb |
| 20-01670-hb | 20-02549-hb | 20-03192-hb | 20-03989-hb | 20-80049-hb | 21-00753-hb | 21-01416-hb |
| 20-01728-hb | 20-02585-hb | 20-03193-hb | 20-04007-hb | 20-80067-hb | 21-00775-hb | 21-01432-hb |
| 20-01738-hb | 20-02588-hb | 20-03196-hb | 20-04037-hb | 20-80068-hb | 21-00798-hb | 21-01446-hb |
| 20-01758-hb | 20-02612-hb | 20-03198-hb | 20-04038-hb | 21-00015-hb | 21-00805-hb | 21-01447-hb |
| 20-01817-hb | 20-02622-hb | 20-03206-hb | 20-04054-hb | 21-00024-hb | 21-00839-hb | 21-01449-hb |
| 20-01829-hb | 20-02660-hb | 20-03254-hb | 20-04070-hb | 21-00028-hb | 21-00857-hb | 21-01451-hb |
| 20-01834-hb | 20-02689-hb | 20-03292-hb | 20-04097-hb | 21-00034-hb | 21-00873-hb | 21-01455-hb |
| 20-01836-hb | 20-02695-hb | 20-03315-hb | 20-04107-hb | 21-00048-hb | 21-00875-hb | 21-01487-hb |
| 20-01850-hb | 20-02710-hb | 20-03329-hb | 20-04122-hb | 21-00054-hb | 21-00887-hb | 21-01492-hb |
| 20-01873-hb | 20-02730-hb | 20-03339-hb | 20-04140-hb | 21-00079-hb | 21-00891-hb | 21-01503-hb |
| 20-01885-hb | 20-02734-hb | 20-03358-hb | 20-04156-hb | 21-00084-hb | 21-00915-hb | 21-01508-hb |
| 20-01907-hb | 20-02736-hb | 20-03400-hb | 20-04168-hb | 21-00115-hb | 21-00929-hb | 21-01533-hb |
| 20-01918-hb | 20-02743-hb | 20-03403-hb | 20-04184-hb | 21-00164-hb | 21-00935-hb | 21-01534-hb |
| 20-01993-hb | 20-02776-hb | 20-03417-hb | 20-04188-hb | 21-00201-hb | 21-00944-hb | 21-01537-hb |
| 20-01996-hb | 20-02790-hb | 20-03420-hb | 20-04216-hb | 21-00204-hb | 21-00949-hb | 21-01542-hb |
| 20-02020-hb | 20-02805-hb | 20-03453-hb | 20-04235-hb | 21-00220-hb | 21-00955-hb | 21-01607-hb |
| 20-02053-hb | 20-02818-hb | 20-03468-hb | 20-04237-hb | 21-00241-hb | 21-00957-hb | 21-01613-hb |
| 20-02061-hb | 20-02827-hb | 20-03484-hb | 20-04253-hb | 21-00273-hb | 21-00963-hb | 21-01624-hb |
| 20-02072-hb | 20-02837-hb | 20-03487-hb | 20-04309-hb | 21-00279-hb | 21-01029-hb | 21-01634-hb |
| 20-02081-hb | 20-02843-hb | 20-03509-hb | 20-04316-hb | 21-00292-hb | 21-01051-hb | 21-01656-hb |
| 20-02095-hb | 20-02854-hb | 20-03515-hb | 20-04328-hb | 21-00342-hb | 21-01089-hb | 21-01661-hb |
| 20-02113-hb | 20-02859-hb | 20-03521-hb | 20-04343-hb | 21-00348-hb | 21-01093-hb | 21-01662-hb |
| 20-02122-hb | 20-02867-hb | 20-03553-hb | 20-04355-hb | 21-00350-hb | 21-01105-hb | 21-01663-hb |
| 20-02130-hb | 20-02883-hb | 20-03573-hb | 20-04366-hb | 21-00367-hb | 21-01135-hb | 21-01679-hb |
| 20-02138-hb | 20-02913-hb | 20-03593-hb | 20-04374-hb | 21-00415-hb | 21-01140-hb | 21-01685-hb |
| 20-02158-hb | 20-02925-hb | 20-03594-hb | 20-04386-hb | 21-00418-hb | 21-01141-hb | 21-01688-hb |
| 20-02168-hb | 20-02934-hb | 20-03620-hb | 20-04391-hb | 21-00422-hb | 21-01167-hb | 21-01707-hb |
| 20-02173-hb | 20-02946-hb | 20-03627-hb | 20-04395-hb | 21-00449-hb | 21-01180-hb | 21-01720-hb |
| 20-02194-hb | 20-02974-hb | 20-03641-hb | 20-04399-hb | 21-00463-hb | 21-01183-hb | 21-01724-hb |
| 20-02199-hb | 20-02982-hb | 20-03672-hb | 20-04402-hb | 21-00493-hb | 21-01223-hb | 21-01755-hb |
| 20-02200-hb | 20-02989-hb | 20-03677-hb | 20-04412-hb | 21-00508-hb | 21-01225-hb | 21-01762-hb |
| 20-02211-hb | 20-02995-hb | 20-03700-hb | 20-04415-hb | 21-00524-hb | 21-01227-hb | 21-01766-hb |
| 20-02222-hb | 20-03003-hb | 20-03704-hb | 20-04426-hb | 21-00525-hb | 21-01236-hb | 21-01775-hb |
| 20-02230-hb | 20-03006-hb | 20-03711-hb | 20-04434-hb | 21-00528-hb | 21-01242-hb | 21-01791-hb |
| 20-02268-hb | 20-03030-hb | 20-03726-hb | 20-04435-hb | 21-00529-hb | 21-01268-hb | 21-01809-hb |
| 20-02271-hb | 20-03042-hb | 20-03727-hb | 20-04460-hb | 21-00542-hb | 21-01269-hb | 21-01812-hb |
| 20-02280-hb | 20-03053-hb | 20-03729-hb | 20-04464-hb | 21-00553-hb | 21-01290-hb | 21-01814-hb |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21-01826-hb | 21-02267-hb | 21-02679-hb | 21-02917-hb | 21-03094-hb | 21-03298-hb | 22-00066-hb |
| 21-01834-hb | 21-02291-hb | 21-02681-hb | 21-02919-hb | 21-03095-hb | 21-03299-hb | 22-00068-hb |
| 21-01838-hb | 21-02297-hb | 21-02684-hb | 21-02923-hb | 21-03101-hb | 21-03303-hb | 22-00074-hb |
| 21-01839-hb | 21-02302-hb | 21-02686-hb | 21-02924-hb | 21-03103-hb | 21-03313-hb | 22-00078-hb |
| 21-01851-hb | 21-02312-hb | 21-02696-hb | 21-02928-hb | 21-03107-hb | 21-03316-hb | 22-00080-hb |
| 21-01862-hb | 21-02351-hb | 21-02702-hb | 21-02933-hb | 21-03113-hb | 21-03321-hb | 22-00086-hb |
| 21-01880-hb | 21-02352-hb | 21-02713-hb | 21-02943-hb | 21-03124-hb | 21-03325-hb | 22-00087-hb |
| 21-01907-hb | 21-02353-hb | 21-02722-hb | 21-02952-hb | 21-03134-hb | 21-03326-hb | 22-00088-hb |
| 21-01908-hb | 21-02354-hb | 21-02733-hb | 21-02955-hb | 21-03137-hb | 21-03327-hb | 22-00099-hb |
| 21-01915-hb | 21-02355-hb | 21-02739-hb | 21-02958-hb | 21-03138-hb | 21-03329-hb | 22-00105-hb |
| 21-01926-hb | 21-02369-hb | 21-02751-hb | 21-02959-hb | 21-03141-hb | 21-03334-hb | 22-00114-hb |
| 21-01942-hb | 21-02370-hb | 21-02757-hb | 21-02966-hb | 21-03142-hb | 21-03335-hb | 22-00129-hb |
| 21-01943-hb | 21-02386-hb | 21-02769-hb | 21-02976-hb | 21-03144-hb | 21-03338-hb | 22-00133-hb |
| 21-01944-hb | 21-02393-hb | 21-02774-hb | 21-02977-hb | 21-03146-hb | 21-80034-hb | 22-00136-hb |
| 21-01945-hb | 21-02404-hb | 21-02777-hb | 21-02979-hb | 21-03147-hb | 21-80035-hb | 22-00137-hb |
| 21-01946-hb | 21-02430-hb | 21-02778-hb | 21-02981-hb | 21-03153-hb | 21-80036-hb | 22-00149-hb |
| 21-01947-hb | 21-02434-hb | 21-02779-hb | 21-02992-hb | 21-03155-hb | 21-80040-hb | 22-00158-hb |
| 21-01973-hb | 21-02441-hb | 21-02781-hb | 21-02993-hb | 21-03156-hb | 21-80043-hb | 22-00162-hb |
| 21-01978-hb | 21-02446-hb | 21-02784-hb | 21-02999-hb | 21-03158-hb | 21-80044-hb | 22-00177-hb |
| 21-01997-hb | 21-02447-hb | 21-02785-hb | 21-03000-hb | 21-03163-hb | 21-80045-hb | 22-00181-hb |
| 21-02004-hb | 21-02466-hb | 21-02796-hb | 21-03001-hb | 21-03168-hb | 21-80046-hb | 22-00183-hb |
| 21-02007-hb | 21-02472-hb | 21-02805-hb | 21-03003-hb | 21-03170-hb | 21-80051-hb | 22-00185-hb |
| 21-02008-hb | 21-02478-hb | 21-02811-hb | 21-03005-hb | 21-03185-hb | 21-80057-hb | 22-00195-hb |
| 21-02009-hb | 21-02489-hb | 21-02813-hb | 21-03006-hb | 21-03186-hb | 21-80058-hb | 22-00205-hb |
| 21-02019-hb | 21-02494-hb | 21-02814-hb | 21-03008-hb | 21-03187-hb | 21-80065-hb | 22-00206-hb |
| 21-02025-hb | 21-02495-hb | 21-02816-hb | 21-03009-hb | 21-03192-hb | 21-80067-hb | 22-00207-hb |
| 21-02031-hb | 21-02508-hb | 21-02818-hb | 21-03016-hb | 21-03193-hb | 21-80073-hb | 22-00209-hb |
| 21-02048-hb | 21-02515-hb | 21-02835-hb | 21-03020-hb | 21-03197-hb | 21-80074-hb | 22-00212-hb |
| 21-02059-hb | 21-02543-hb | 21-02836-hb | 21-03024-hb | 21-03198-hb | 21-80075-hb | 22-00216-hb |
| 21-02070-hb | 21-02554-hb | 21-02837-hb | 21-03031-hb | 21-03199-hb | 21-80076-hb | 22-00217-hb |
| 21-02081-hb | 21-02555-hb | 21-02849-hb | 21-03032-hb | 21-03203-hb | 21-80077-hb | 22-00218-hb |
| 21-02086-hb | 21-02556-hb | 21-02850-hb | 21-03033-hb | 21-03205-hb | 21-80078-hb | 22-00219-hb |
| 21-02109-hb | 21-02557-hb | 21-02851-hb | 21-03034-hb | 21-03208-hb | 21-80079-hb | 22-00222-hb |
| 21-02114-hb | 21-02559-hb | 21-02855-hb | 21-03035-hb | 21-03225-hb | 21-80080-hb | 22-00226-hb |
| 21-02124-hb | 21-02564-hb | 21-02861-hb | 21-03038-hb | 21-03226-hb | 21-80081-hb | 22-00229-hb |
| 21-02131-hb | 21-02565-hb | 21-02863-hb | 21-03040-hb | 21-03233-hb | 22-00002-hb | 22-00232-hb |
| 21-02160-hb | 21-02572-hb | 21-02868-hb | 21-03042-hb | 21-03241-hb | 22-00003-hb | 22-80002-hb |
| 21-02163-hb | 21-02586-hb | 21-02881-hb | 21-03043-hb | 21-03242-hb | 22-00005-hb | |
| 21-02165-hb | 21-02608-hb | 21-02886-hb | 21-03046-hb | 21-03244-hb | 22-00007-hb | |
| 21-02181-hb | 21-02621-hb | 21-02888-hb | 21-03054-hb | 21-03247-hb | 22-00008-hb | |
| 21-02184-hb | 21-02630-hb | 21-02889-hb | 21-03060-hb | 21-03248-hb | 22-00010-hb | |
| 21-02187-hb | 21-02635-hb | 21-02890-hb | 21-03067-hb | 21-03250-hb | 22-00023-hb | |
| 21-02192-hb | 21-02640-hb | 21-02891-hb | 21-03068-hb | 21-03256-hb | 22-00030-hb | |
| 21-02193-hb | 21-02645-hb | 21-02898-hb | 21-03069-hb | 21-03258-hb | 22-00033-hb | |
| 21-02197-hb | 21-02649-hb | 21-02901-hb | 21-03070-hb | 21-03259-hb | 22-00036-hb | |
| 21-02219-hb | 21-02655-hb | 21-02906-hb | 21-03076-hb | 21-03268-hb | 22-00041-hb | |
| 21-02222-hb | 21-02661-hb | 21-02908-hb | 21-03079-hb | 21-03271-hb | 22-00043-hb | |
| 21-02224-hb | 21-02669-hb | 21-02909-hb | 21-03086-hb | 21-03274-hb | 22-00054-hb | |
| 21-02248-hb | 21-02673-hb | 21-02911-hb | 21-03090-hb | 21-03285-hb | 22-00058-hb | |
| 21-02257-hb | 21-02674-hb | 21-02915-hb | 21-03092-hb | 21-03294-hb | 22-00063-hb | |